**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-6050**

_____

LODISE WADLEY,

        Petitioner - Appellant,

    v.

WARDEN R. HUDGINS,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  John Preston Bailey, District Judge.  (1:20-cv-00020-JPB-JPM)

_____

Submitted:  June 3, 2024                                                      Decided:  June 17, 2024

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Lodise Wadley, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lodise Wadley, a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition in which he sought to challenge his felon-in-possession convictions and his sentence by way of the savings clause in 28 U.S.C. § 2255(e), and denying his motion for reconsideration.  In light of the Supreme Court's decision in *Jones v. Hendrix*, 599 U.S. 465, 477-80 (2023) (holding that a prisoner cannot use § 2241 petition to mount successive collateral attack on validity of federal conviction or sentence), we conclude that Wadley cannot pursue his claims in a § 2241 petition.  Accordingly, we affirm the district court's orders.  *Wadley v. Hudgins*, No. 1:20-cv-00020-JPB-JPM (N.D.W. Va. Dec. 13, 2022; Jan. 4, 2023).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*